# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE TENTH CIRCUIT

---

IN RE BIANCA KAYLENE RUIZ,

     Debtor.

---

BIANCA KAYLENE RUIZ,

     Appellant,

v.

JACOB RUIZ and STEPHEN W. RUPP,
Chapter 7 Trustee,

     Appellees.

BAP No. UT-23-007

Bankr. No. 21-24823
Chapter 7

ORDER TO SHOW CAUSE WHY
APPEAL SHOULD NOT BE
CONSIDERED FOR DISMISSAL
AS INTERLOCUTORY

---

A review of the documents in this appeal suggests that the order appealed may not be a final order. See *Catlin v. United States*, 324 U.S. 229, 233 (1945) (An order is final if it "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment."). Interlocutory orders may be appealed only with leave of the Court. 28 U.S.C. § 158(a)(3); Fed. R. Bankr. P. 8004(a); *Personette v. Kennedy (In re Midgard Corp.)*, 204 B.R. 764, 768 (10th Cir. BAP 1997).

Accordingly, it is HEREBY ORDERED that:

(1)    Within fourteen (14) days from the date of this Order, the Appellant shall

file with the Court a memorandum of law setting forth the Appellant's

position regarding whether the order appealed is final, or whether leave to

appeal an interlocutory order should be granted.  If the Appellant seeks

leave to appeal the order, the motion for leave to appeal should comply

with Federal Rule of Bankruptcy Procedure 8004(b).

(2)    The Appellees' responses, if any, are due seven (7) days from the date of

service of the Appellant's memorandum or motion.

(3)    Failure to respond to this Order will result in the dismissal of this appeal

for failure to prosecute.  Fed. R. Bankr. P. 8003(a)(2); 10th Cir. BAP L.R.

8026-4(b), (c).


For the Panel:

Blaine F. Bates

Blaine F. Bates
Clerk of Court